UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **American General Life Insurance Company,** | : | |
| | : | Civil Action No.: 08-399 (GEB) |
| **Plaintiff,** | : | |
| | : | |
| v. | : | ORDER |
| | : | |
| **The Altman Family Insurance Trust By and Through Its Trustees, Abraham Altman and Moishe Shwartz,** | : | |
| | : | |
| **Defendants.** | : | |

      This matter having come before the Court by the motions of Bracewell & Giuliani LLP and Edison, McDowell & Hetherington LLP, attorneys for Plaintiff American General Life Insurance Company ("Plaintiff"); and for good cause shown,

      IT IS on this 22nd day of December, 2009

      ORDERED that Plaintiff's Motion to Amend the Complaint is hereby **granted** and Plaintiff may file its First Amended Complaint;

      FURTHER ORDERED that Plaintiff's unopposed Motions for Leave to File Supplement to Plaintiff's Motion for Leave to file First Amended Complaint and Plaintiff's Supplemental Motion for Leave to File First Amended Complaint are hereby dismissed as moot in light of the Court's ruling.

      The Clerk of the Court may terminate the motions noted at Docket Numbers 38, 50 and 51.

      s/Esther Salas
      **HONORABLE ESTHER SALAS**
      **UNITED STATES MAGISTRATE JUDGE**